RUFUS M. YALE *vs.* ABIGAIL A. WHEELOCK & another.

Upon a bail bond entered into by "J. W.," who had been arrested on mesne process, "as principal, and A. W., wife of said J. W., and G. D., as sureties," the wife is not liable, but the other surety is.

SCIRE FACIAS against Abigail A. Wheelock and George A. Doane, upon a bail bond dated November 4, 1869, which purported to be entered into by " Joseph B. Wheelock," who had been arrested on mesne process at the suit of the plaintiff, " as principal, and Abigail A. Wheelock, wife of said Joseph B. Wheelock, and George A. Doane, as sureties." 

The defendants executed the bond, and Abigail A. Wheelock was wife of the principal, and at the time of executing the bond was possessed of separate property.

Upon these facts, which were agreed, the case was submitted to the judgment of the superior court, and, on appeal, of this court. If Abigail A. Wheelock was liable, she was to be defaulted, otherwise the plaintiff was to discontinue against her

but if oral evidence was admissible of her intention to charge her separate estate by the execution of the bond, the agreed facts were to be discharged, and the case to stand for trial. Doane was to be defaulted, unless upon the agreed facts he ought to be discharged.

*T. Carleton*, for the plaintiff.

*H. C. Hutchins & H. H. Currier*, for the defendants.

BY THE COURT. The defendant, Abigail A. Wheelock, was the wife of the principal, and executed the bond as his surety, without any consideration received by her, or any reference to her separate estate. Therefore she is not liable.

The defendant Doane executed the bond with his principal and co-surety, and the co-surety is described in the bond as the wife of the principal. Thus he was informed of the facts, and is liable.

By agreement of parties the plaintiff is to discontinue as to Abigail A. Wheelock, and Doane is to be defaulted.